NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

CHANTAL R. JENKINS
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 977-8931
chantal.jenkins@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY SLATE, | Case No. 3:19-cv-00682-MMD-CLB |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, Defendant, | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

On remand, the Appeals Council will instruct the ALJ to reevaluate the medical evidence and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

Respectfully submitted,

Dated: March 24, 2020

/s/ John David Metsker by Chantal R. Jenkins*
*As authorized via email on March 24, 2020
Attorney for Plaintiff

DAVID L. ANDERSON
United States Attorney

Dated: March 24, 2020

/s/ Chantal R. Jenkins
Chantal R. Jenkins
Special Assistant United States Attorney

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 25, 2020

HON. CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE

2

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **STIPULATION AND PROPOSED ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G)** has been made on the date and via the method of service identified below:

**CM/ECF:**

John David Metsker
The Metsker Law Firm
P.O. Box 590881
San Francisco, CA 94159
866-342-6180
Fax: 415-500-4081
Email: jmetsker@metskerlaw.com


DATED this 24th day of March 2020.